**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SOUTH DAKOTA NETWORK, LLC,<br><br>Plaintiff,<br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY CO.,<br><br>Defendant. | Case: 16-CV-4031<br><br>**NOTICE OF APPEAL** |

NOW COMES the Defendant, Twin City Fire Insurance Company ("Twin City"), by its attorneys, Melanie Carpenter of Woods Fuller Shultz & Smith P.C. and Michael J. Duffy and Ashley L. Conaghan of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and for its Notice of Appeal, states as follows:

Notice is hereby given that Defendant Twin City hereby appeals pursuant to 28 U.S.C. §1292(a)(1) from the part of the order entered on September 22, 2017 denying Twin City's Motion for Summary Judgment and ordering Twin City to defend South Dakota Network LLC in the case *James Valley Cooperative Telephone Company, et. al. v. South Dakota Network, LLC, et. al.*, Case No. Civ 15-000134 in Brown County, South Dakota. (Case No. 16-cv-4031, Doc. No. 40). A copy of the September 22, 2017 Order is attached as Exhibit A.

Dated this 16th day of October, 2017.

        WOODS, FULLER, SHULTZ & SMITH, PC

By *Melanie Carpenter* (signature)

Melanie Carpenter
300 S. Phillips Avenue, Suite 300
PO Box 5027
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Email: Melanie.carpenter@woodsfuller.com

and

Michael J. Duffy
Ashley L. Conaghan
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
55 W. Monroe St., Ste. 3800
Chicago, IL 60603-5001
Phone (312) 704-0550
Fax (312) 704-1522
michael.duffy@wilsonelser.com
Ashley.conaghan@wilsonelser.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of October, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF filing system which will automatically send email notification to the following:

| | |
|---|---|
| Meredith A. Moore | Robert C. Riter, Jr. |
| Ryan J. Taylor | Darla Pollman Rogers |
| Jonathan A. Heber | Margo D. Northrup |
| Cutler Law Firm, LLP | Riter, Rogers, Wattier & Northrup, LLP |
| 100 N. Phillips Ave., 9th Floor | 319 S. Coteau |
| PO Box 1400 | PO Box 280 |
| Sioux Falls, SD 57101-1400 | Pierre, SD 57501-0280 |
| meredithm@cutlerlawfirm.com | r.riter@riterlaw.com |
| ryant@cutlerlawfirm.com | dprogers@riterlaw.com |
| jonathanh@cutlerlawfirm.com | m.northrup@riterlaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

_____
One of the Attorneys for Defendant