UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| SOUTH DAKOTA NETWORK, LLC, | : | CIV. 16-4031 |
| Plaintiff, | : | |
| v. | : | **CERTIFICATE OF NO TRANSCRIPT** |
| TWIN CITY FIRE INSURANCE CO., | : | |
| Defendant. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

TO: Plaintiff South Dakota Network, LLC, through its counsel of record:

Pursuant to Federal Rule of Appellant Procedure 10(b)(1)(B), Twin City Fire Insurance Co. certifies that no transcript will be ordered in connection with its pending appeal to the United States Court of Appeals for the Eighth Circuit in the above-captioned action.

Dated this 18th day of October, 2017.

WOODS, FULLER, SHULTZ & SMITH, PC

By _____
Melanie Carpenter
300 S. Phillips Avenue, Suite 300
PO Box 5027
Sioux Falls, SD 57117-5027
Ph. (605) 336-3890
Fax (605) 339-3357
Email: Melanie.carpenter@woodsfuller.com

Case Number: 16-CV-4031
Certificate of No Transcript

and

Michael J. Duffy
Ashley L. Conaghan
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
55 W. Monroe St., Ste. 3800
Chicago, IL 60603-5001
Phone (312) 704-0550
Fax (312) 704-1522
michael.duffy@wilsonelser.com
Ashley.conaghan@wilsonelser.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of October, 2017, I electronically filed the foregoing Certificate of No Transcript with the Clerk of Court using the CM/ECF filing system which will automatically send email notification to the following:

Meredith A. Moore
Jonathan A. Heber
Cutler Law Firm, LLP
100 N. Phillips Ave., 9th Floor
PO Box 1400
Sioux Falls, SD 57101-1400
meredithm@cutlerlawfirm.com
jonathanh@cutlerlawfirm.com
Attorneys for Plaintiff

Robert C. Riter, Jr.
Darla Pollman Rogers
Margo D. Northrup
Riter, Rogers, Wattier & Northrup, LLP
319 S. Coteau
PO Box 280
Pierre, SD 57501-0280
r.riter@riterlaw.com
dprogers@riterlaw.com
m.northrup@riterlaw.com
Attorneys for Plaintiff

_____
One of the Attorneys for Defendant

{02775796.1}                           - 2 -